**Order entered May 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00280-CR

**MICHAEL BLOOM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court of Appeals No. 1**
**Dallas County, Texas**
**Trial Court Cause No. MC-R-0019-D**

## ORDER

This appeal comes to the Court following an appeal from the Richardson Municipal Court of Record to the Dallas County Criminal Court of Appeals No. 1. The briefs before the County Criminal Court of Appeals No. 1 are to be the briefs before this Court. *See* TEX. GOV'T CODE ANN. § 30.00027(b)(1) (West Supp. 2012). Accordingly, we **STRIKE** the appellant's brief filed on May 6, 2013.

We **DIRECT** the Clerk to set the case at issue. The appeal will be submitted in due course.

/s/    DAVID EVANS
        JUSTICE